# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129843

MABLE LORRAINE McDANIELD and
GREGORY A. McDANIELD,
      Plaintiffs-Appellees,

v

JOHN TYLER HEMKER and JOHN
LAWRENCE HEMKER,
      Defendants-Appellants.

SC: 129843
COA: 263150
Mecosta CC: 03-015888-NI

_____/

      On order of the Court, the application for leave to appeal the September 27, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2006

Clerk

d0301